## STATEMENT OF FACTS

On Friday, 09/01/2006, at 8:44 a.m., sworn officers of the Metropolitan Police Department executed a search warrant at 857 21st Street, N.E., Apartment # 1, Washington, D.C. Recovered during the search of the residence were 118 ziplocks containing powder substances and one ziplock weighing approximately 22 grams. The powder substances field tested positive for opiates. The heroin was found in the dining room in a storage container. During the search of the bedroom, officers recovered a loaded .38 caliber Derringer handgun (Serial Number 006783) from the inside of a laundry basket. Approximately $5000.00 in United States currency was also recovered in a drawer of the headboard in the bedroom. Also recovered were personal papers in Carlos Miller's name. The defendant was not at home during the execution of the warrant and arrived a short time later. The defendant stated that everything found was his. In the officer's experience, the amount of the heroin indicated that it was intended for distribution rather than for personal use.

In the course of preparing the statement of facts in support of this complaint, the undersigned officer reviewed computerized records of defendant's criminal history. These records showed that defendant previously has three prior convictions of a crime punishable by imprisonment for a term exceeding one year. The undersigned officer initialed the page of the records that showed this conviction so that he could recognize it again in the future. To the best of this officer's knowledge, neither the weapon taken from defendant nor the ammunition in it was manufactured in the District of Columbia.

_____
DETECTIVE LAVINIA QUIGLEY
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS _____ DAY OF SEPTEMBER, 2006.

_____
U.S. MAGISTRATE JUDGE