UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

   v.                                                  Cr. No. 06-390 (JMF)

**CARLOS MILLER,**

     **Defendant.**

### DETENTION ORDER

It appearing that a probation warrant will be lodged as a detainer against the defendant and the government having moved, without objection, for the defendant's detention prior to trial, **IT IS ORDERED** that the government's motion is granted and that the defendant is detained pending trial.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: