## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| United States of America | : | |
| | : | |
| v. | : | |
| | : | Cr. No 06-390 |
| Carlos Miller | : | |
| | : | |
| Defendant | : | |

## <u>LINE ENTERING APPEARANCE</u>

Madam Clerk:

      Please enter the appearance of Douglas J. Wood, as counsel for the

defendant in the above-captioned matter.

_____

Douglas J. Wood
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland  20737
(301) 699-0764